**IN THE UNITED STATES COURT OF
APPEALS FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| JONATHAN D. BLECHER and ALAN P. BLECHER, | ) | CIVIL DIVISION |
| | ) | |
| | ) | |
| Appellants, | ) | |
| v. | ) | No. 25-3546 |
| | ) | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE SELECT INSURANCE COMPANY, and THE PROGRESSIVE CORPORATION, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Appellees. | ) | |

## <u>WITHDRAWAL OF APPEARANCE</u>

TO:   CLERK OF COURT

Please withdraw the appearance of Adam P. Murdock, Esquire, only, as co-counsel of record for Appellees, Progressive Casualty Insurance Company, Progressive Select Insurance Company, and the Progressive Corporation with regard to the above-captioned matter.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

By:   s/ Adam P. Murdock
Adam P. Murdock (PA I.D. 326347)
E-mail: amurdock@grsm.com
75 Hopper Place, Third Floor
Pittsburgh, PA 15222

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on April 24, 2026, the within **WITHDRAWAL OF APPEARANCE** was filed electronically and served upon all counsel of record via the Court's ECF system.

s/ Adam P. Murdock
Adam P. Murdock